UNITED STATES DISTRICT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| JILL JEFFRIES AND ELLEN GRANT | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:09-cv-00057-RLY-WGH |
| | ) | |
| SEILLER WATERMAN LLC, DAVID M. CANTOR, GLENN A. COHEN, CYNTHIA L. EFFINGER, DAVID SUETHOLZ, SEGAL LINDSAY & JONES, PLLC, DOUGLAS LAMB and LAMB AND LAMB, P.S.C., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, Jill Jeffries and Ellen Grant, by counsel; Defendants, Seiller Waterman LLC, David M. Cantor, Glenn A. Cohen, Cynthia L. Effinger, by counsel; Defendants, David Suetholz ("Suetholz") and Segal Lindsay & Janes, PLLC (improperly named and served as "Segal Lindsay & Jones, PLLC") ("SLJ"), by counsel; and Defendants, Douglas Lamb and Lamb and Lamb, P.S.C., by counsel, hereby stipulate that the above-captioned cause be dismissed with prejudice on the grounds that any and all claims asserted, or which could have been asserted, have been fully compromised and settled with each party to bear its own costs. Pursuant to S.D. Ind. L.R. 5.11, Stephen J. Peters, counsel for Sutholz and SLJ, has been authorized by all counsel of record to affix their signatures to this Stipulation and to file this Stipulation on behalf of all parties in the above-captioned cause.

1

| VOELKER LAW OFFICE | LORCH & NAVILLE, LLC |
|---|---|
| By /s/ Stephen W. Voelker<br>   Stephen W. Voelker<br>   417 E. Court Avenue<br>   P.O. Box 1446<br>   Jeffersonville, IN 47131<br>   Counsel for Plaintiff, Jill Jeffries | By /s/ Barry N. Bitzegaio<br>   Barry N. Bitzegaio<br>   506 State Street<br>   P.O. Box 1343<br>   New Albany, IN 47151<br>   Counsel for Defendants, Douglas<br>   Lamb and Lamb and Lamb, P.S.C. |
| HOUSTON AND THOMPSON | HARRISON & MOBERLY, LLP |
| By /s/ Robert L. Houston<br>   Robert L. Houston<br>   49 E. Wardell Street<br>   Scottsburg, IN 47170<br>   Counsel for Plaintiff, Ellen Grant | By /s/ Stephen J. Peters<br>   Stephen J. Peters<br>   10 W. Market Street, Suite 700<br>   Indianapolis, IN 46204<br>   Counsel for Defendants, David<br>   Suetholz and Segal Lindsay & Janes,<br>   PLLC (improperly named and served<br>   as Segal Lindsay & Jones, PLLC) |
| OGLETREE DEAKINS NASH SMOAK<br> & STEWART | |
| By /s/ Todd J. Kaiser<br>   Todd J. Kaiser<br>   Brett Edward Buhl<br>   111 Monument Circle, Suite 4600<br>   Indianapolis, IN 46204<br>   Counsel for Defendants, Seiller<br>   Waterman LLC, David M. Cantor,<br>   Glenn A. Cohen and Cynthia L.<br>   Effinger | |